RECEIVED
IN ALEXANDRIA, LA.

SEP 1 5 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VAUGHN R. JULIEN | CIVIL ACTION NO. 08-1016 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| DR. ALFONSO PACHECO, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Julien's claims against Corrections Corporation of America, Winn Correctional Center, Warden Tim Wilkinson and Pat Thomas ONLY are DISMISSED as frivolous and for failing to state a claim for which relief can be granted.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of September 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE