RECEIVED

SEP 0 2 2010
KL
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VAUGHN JULIEN | CIVIL ACTION 08-1016 |
| VERSUS | JUDGE TRIMBLE |
| ALFONZO PACHECO, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T AND O R D E R

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after de novo review of the record including the objections filed by plaintiff, and having determined that the findings and recommendations are correct under applicable law; it is hereby

**ORDERED** that plaintiff's motion for summary judgment[1] is **DENIED** for the reasons explained in the report and recommendation of the magistrate judge. It is further

**ORDERED, ADJUDGED** and **DECREED** that all claims by plaintiff against named defendant Laura Burke are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to make service as required.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 1st day of September, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 27.